**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| |
|---|
| LEADERS OF A BEAUTIFUL STRUGGLE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BALTIMORE POLICE DEPARTMENT *et al.*, <br><br> *Defendants*. |

Civil Action No. 20-929

<u>**DECLARATION OF ALEXIA RAMIREZ**</u>

I, Alexia Ramirez, in accordance with 28 U.S.C. §1746 declare as follows:

1.       I am an attorney at the American Civil Liberties Union Foundation and co-counsel for Plaintiffs Leaders of a Beautiful Struggle, Erricka Bridgeford, and Kevin James in the above-numbered action.

2.       I submit this declaration in support of the Plaintiffs' Memorandum of Law in Support of Their Motion for a Temporary Restraining Order & a Preliminary Injunction.

3.       The following Exhibits, attached hereto as Exhibits A to E and filed on April 9, 2020, represent true and correct copies, or true and correct copies of excerpts of such documents:

| No. | Exhibit |
|---|---|
| A | BPD, Community Education Presentation: Aerial Investigation Research (AIR) Pilot Program (March 2020) ("BPD Presentation") |
| B | Professional Services Agreement, Aerial Investigation Research ("AIR") ("BPD/PSS Contract") |
| C | PSS, Hawkeye II, https://www.pss-1.com/hawkeye-ii (quotations from various web pages) |
| D | Yves-Alexandre de Montjoye et al., *Unique in the Crowd: The Privacy Bounds of Human Mobility*, 3 Sci. Reps. 1376 (2013), https://doi.org/10.1038/srep01376 |
| E | PSS, NightHawk II, https://www.pss-1.com/nighthawk-ii (discussing camera that provides "affordable nighttime, wide area surveillance" including in "[p]artial moonlight") |

I declare under penalty of perjury that the foregoing is true and correct. Executed on

April 9, 2020.

_____ .
Alexia Ramirez