# Exhibit A

# COMMUNITY EDUCATION PRESENTATION:

# Aerial Investigation Research (AIR) Pilot Program

Baltimore Police Department

MARCH 2020





**TABLE OF CONTENTS**

- **LIMITED DURATION & SCOPE**
- **REVIEW OF TECHNOLOGY**
- **MEASURES OF SUCCESS**
- **CIVILIAN REVIEW AND AUDITS**
- **PHILANTHROPIC FUNDING SOURCE**
- **FREQUENTLY ASKED QUESTIONS**



**LIMITED DURATION AND SCOPE**

# WHILE THE PROGRAM OPERATORS ORIGINALLY OFFERED TO PROVIDE THE SERVICE FOR AT LEAST 3 YEARS, COMMISSIONER HARRISON IS PROPOSING UP TO A 180 DAY PILOT PROGRAM IN ORDER TO COLLECT ENOUGH DATA THAT CAN BE ANALYZED AND REVIEWED

# ANTICIPATED LAUNCH DATE WILL BE IN APRIL 2020

**LIMITED DURATION AND SCOPE**

# THE PILOT PROGRAM FOCUS WILL BE ON THE FOLLOWING CRIME CATEGORIES:

- Murder, Non-fatal Shootings, Armed Robberies, Car-Jackings

# THE SYSTEM CAN ONLY BE ACCESSED IF AN INCIDENT HAS ALREADY OCCURRED

- Must have a case number or an incident number

# THE PROGRAM WILL NOT BE A REAL-TIME, ACTIVE SURVEILLANCE SYSTEM

- Only used for investigative "look-back"
- Only used to capture movements – not people

**REVIEW OF TECHNOLOGY**

# VENDOR WILL FLY ONE OR MORE AIRCRAFT OVER BALTIMORE CITY TO COLLECT IMAGERY DATA OVER 90% OF BALTIMORE CITY

# THE AIRCRAFT WILL FLY A MINIMUM OF (40) FORTY HOURS PER WEEK AND USE ITS SYSTEM TO CAPTURE UP TO 32 SQUARE MILES OF THE CITY PER IMAGE EVERY SECOND

# THE RESOLUTION IS LIMITED TO 1 PIXEL PER PERSON AND THEREFORE INDIVIDUALS AND VEHICLES ARE SHOWN AS A SINGLE DOT THAT CAN BE TRACKED FROM A CRIME SCENE

- **At a resolution of one pixel per person or vehicle, it is not possible to determine any identifiable characteristic including an individual's ethnicity, sex, or clothing or a vehicle color, make, model or license plate**



**REVIEW OF TECHNOLOGY**

# VENDOR'S SYSTEM WILL NOT USE INFRARED OR NIGHT VISION TECHNOLOGY

# VENDOR WILL NOT TRACK INDIVIDUALS OR VEHICLES IN REAL TIME

# VENDOR DATA IS TRANSMITTED FROM THE AIRCRAFT TO GROUND STATIONS WHERE ANALYSTS USE IMAGERY DATA TO LOCATE CRIMES, TRACK INDIVIDUALS AND VEHICLES FROM A CRIME SCENE, AND EXTRACT INFORMATION TO ASSIST BPD IN THE INVESTIGATION OF TARGET CRIMES

**Community Education Presentation: Aerial Investigation Research (AIR) Pilot Program**

6

**REVIEW OF TECHNOLOGY**





**REVIEW OF TECHNOLOGY**





Moment of Impact



**MEASURES OF SUCCESS**

# IMPACT ON SOLVE RATE
- Identifying who allegedly committed the crime

# IMPACT ON CLEARANCE RATE
- Apprehending those who allegedly committed the crime and closing the case

# PUBLIC SUPPORT OF PROGRAM
- Surveys conducted before and after the program begins to ensure sustained community support

# POTENTIAL DETERRENCE EFFECT ON CRIME
- This is the most difficult to determine

**CIVILIAN REVIEW AND AUDITS**



# INDEPENDENT RESEARCH PARTNERS WILL EVALUATE EFFECTIVENESS OF THE PROGRAM

- Potential Research Partners:
  - Morgan State University
  - NYU
  - University of Baltimore
  - RAND

# IF RESEARCH DETERMINES LITTLE TO NO IMPACT ON THE MEASURES FOR SUCCESS, THEN BPD WILL GROUND THE PLANE AND DISCONTINUE OPERATIONS

# INDEPENDENT CIVILIAN AUDITORS WILL REVIEW SYSTEM USE LOGS TO ENSURE PROGRAM IS ONLY BEING USED FOR ITS INTENDED PUBLIC SAFETY PURPOSE

**Community Education Presentation: Aerial Investigation Research (AIR) Pilot Program**　　　10



**PHILANTHROPIC SOURCES OF FUNDS**

# 100% FUNDING THROUGH ARNOLD VENTURES AND ASSOCIATED NON-PROFIT PHILANTHROPIES

# WORKING WITH ABELL FOUNDATION TO FUND CIVILIAN AUDIT WORK TO ENSURE PROGRAM IS BEING USED PROPERLY

# PROGRAM IS FUNDED FOR LIMITED DURATION TO STUDY IMPACT

**Community Education Presentation: Aerial Investigation Research (AIR) Pilot Program**          11



**FREQUENTLY ASKED QUESTIONS**

# WHAT HAPPENS WITH THE IMAGERY DATA?

- **Data is stored on a stand-alone server by the vendor**

- **Data is only stored for up to 45 days during the pilot**

  - **BPD will consider longer or shorter duration for this after seeing how the pilot program operates**

- **Data will be made available through the discovery process**

- **Evidence packets are made that are specific to incidents of crime and the evidence packets are maintained as part of the case file forever in cases where an individual has been convicted in accordance with the law**

- **The data is only used for BPD and is not allowed to be used for any other purpose**

**FREQUENTLY ASKED QUESTIONS**



# WHAT ABOUT USING THE PLANE TO INVESTIGATE OTHER CRIME CATEGORIES OR POLICE MISCONDUCT?

- **Pilot program scope to analyze incidents of murder, shootings, armed robberies and car-jackings during the 120-180 period**

- **Other serious incidents may be analyzed but only on a case-by-case basis, with the Police Commissioner directly signing off on its use**

- **BPD may use the plane for <u>serious</u> cases of misconduct but will <u>not</u> use it to investigate minor policy violations during the pilot program**

**Community Education Presentation: Aerial Investigation Research (AIR) Pilot Program**       13



**FREQUENTLY ASKED QUESTIONS**

# CAN A PERSON BE ARRESTED JUST BECAUSE OF THE PLANE?

- **The plane imagery alone <u>does not</u> provide enough information to stop a person or vehicle because the system does not have the ability to identify an individual**

- **The plane's imagery will only be used to develop investigative leads**

- **BPD must use other proven investigative systems or techniques (CitiWatch) cameras, CCTV, on the ground surveillance, etc.) before stopping or arresting anyone**

**Community Education Presentation: Aerial Investigation Research (AIR) Pilot Program**   14



**FREQUENTLY ASKED QUESTIONS**

# WHAT ABOUT PRIVACY?

- **The use of aerial surveillance is constitutionally permitted in areas open to public view based on Supreme Court rulings**

- **Data that is unused or unanalyzed after 45 days will be deleted**

- **Controls are in place so that the imagery can only be used by the vendor's analysts and to analyze specific crimes/incidents**

- **BPD will publicly report all flight plans and flight durations and report out on a regular basis how the plane was used in investigations**

**Community Education Presentation: Aerial Investigation Research (AIR) Pilot Program**     15



# THANK YOU