# Exhibit C

## Part 1 of 2

# Persistent Surveillance Systems

Information on Baltimore | Privacy Policy

Home | Sensors | Services | PSS in the News | Videos | Contact PSS | More



## Specifications

The **HawkEye II** Wide Area Surveillance system is a highly capable, full color, highly configurable, airborne sensor.

Previous | Next



The HawkEye II Wide Area Surveillance sensor is highly capable system.  The base configuration consists of twelve, full color cameras, an Inertial Measurement Unit, and a two axis Universal Mount.  This system is designed to look out from a planes baggage door.

The POD variant (sensor designs are above and below) has been developed to be placed in a pod, in a look down orientation.  This system provides the same capability as the Universal system but at a much lower weight cost.  The HawkEye II Pod system comes in at 87 lbs vs the 227 lbs of the Universal Mount.



| HawkEye II™ Specifications | |
|---|---|
| Weight | 137 lbs / 62 kg |
| Power Consumption | 800 - 1200 Watts |
| Voltage | 28 VDC |
| Total Resolution | 192 megapixels |
| Gimbal | wo-axis Rotating Gimbal |
| Number of Cameras | 12 |
| Frame Rate | 1 Hz |
| **CCD Specifications** | |
| Resolution | 16 megapixels |
| Sensor Type | Bayer CCD - Shutterless |
| Pixel Size | 7.4 um |
| Active Rows | 3,218 |
| Active Pixels/Row | 4,872 |
| Detector Size | 24 x 36 mm |
| **Post Processing Projection Resolution** | |
| Real-Time Projection | 12,000 x 12,000 pixels |
| Forensic Projection | 12,000 x 12,000 pixels |
| Re-processed | up to 16,000 x 16,000 |
| **On-Board Analysis Station** | |
| CPU | Dual Processor |
| Operating System | Windows 7 + |
| On Board Data Storage | Up to 8 TB SSDs |
| On Board Image Server | 8 TB |
| **On-Board Software** | |
| Image Processing | iMake™ (1 User License per payload) |
| Camera Control | CamLink ™ (1 User license per payload) |
| GUI (Graphical User Interface) | iView ™ (1 User license per payload) |
| Compression Type | Multi-Resolution JPEG Compression |
| **Payload Coverage (Continuous)** | |
| 4,000' AGL | 6 km² |
| 7,000' AGL | 16 km² |
| 12,000 AGL | 36 km² |
| 15,000 AGL | 64 km² |
| **Pixel Size (AGL)** | |
| 4,000' AGL | ~ 4 square miles |
| 7,000' AGL | ~ 9 square miles |
| 12,000 AGL | ~ 25 square miles |
| 15,000 AGL | ~36 square miles |
| **Environmental Considerations** | |
| Temperature Range for Operation | 32 F to 95 F  /  0 C to 35 C |
| Optimal Operating Conditions | Clear or High Scattered |
| Temperature Range for Storage | 20 F to 110 F  /  -6.6 to 43 |

---

@kozai @RichardsonTX_PD @DallasPD @ArlingtonPD We would love to help in any way or services can be useful

@marafilms @Radiolab Media has covered it pretty extensively. Any major news will released by BPD or PSS

@tygera We would love to be apart of the wonderful work being done in our National Parks

@drivesupplement Currently, FAA regulation does not allow large drone use over populated areas. It's prohibitively... https://t.co/kej7d6nJQg

@SkycarDude We would love to have that conversation.

@Thejoby Privacy concerns are taken very seriously at PSS we have released our privacy policy on our website. Our o... https://t.co/8qWSFmmcRj

@burrben @elonmusk Thanks for the mention. We are always ready to help anywhere our services can be useful

For information on our technology and to find out what HawkeyeII can do for you check out our website https://t.co/zyzPzYrn1F

@d_p_collins We are a Wide Area Airborne Surveillance provider, we currently do not install or sell any CCTV's

@d_p_collins Not quite sure what you are referring to

@Marcham93 Drones are actually far more expensive and heavily restricted. It's not impossible for us to use but not as cost effective

@HaydenVernon Please DM a good email address and PSS personnel will be in touch

Check out some updates to the PSS website at https://t.co/8XRZ7czEes #WAAS #technology #HawkeyeII

RT @SpaceCowb0y: @PSSWAS wish you guys were in Phx right now helping the AZ DPS.

RT @SpaceCowb0y: @PSSWAS does @Arizona_DPS and @dougducey know about your technology? #drone #surveillance #stopCrime

RT @SpaceCowb0y: @abc15 check out @PSSWAS they have some incredible tech that could help solve #FreewayShootings quicker http://t.co/P58KzE...

@SpaceCowb0y Thanks for your support and spread the word. Word of mouth and community support is the first step to getting us in your town.

@SpaceCowb0y No worries and thank you. We aim to help and provide police the tools they need in difficult situations like these.

@SpaceCowb0y @Arizona_DPS @dougducey Actually we don't use drones we use manned aircraft. Check out our website http://t.co/C5KdND108N

@SpaceCowb0y We would love to help. We hope everyone is staying safe in that area. Feel free to Dm to talk further.

@MikeOnTraffic Thanks Mike! We are trying to be a big part of the traffic study world. Would love to talk further if you are ever interested

@DaveReinsel Follow us for a DM

@DaveReinsel We could make that happen. I will DM my email

---

Home | About PSS | Sensors | More

© 2015-2016  Persistent Surveillance Systems

 Share |  Like 420 |  Tweet

Follow

# Persistent Surveillance Systems

Information on Baltimore | Privacy Policy

Sensors | Services | PSS Services | Contact PSS | More

## Capability

**HawkEye II** Wide Area Surveillance brings a new capability to First Responders, Public Safety, Homeland Security, and City Planners by giving them the ability to *monitor multiple areas of interest - simultaneously.*

Previous | Next

HawkEye II is a 192 million pixel, full color, geo and ortho rectified airborne wide area surveillance sensor.  When coupled with PSS's 300 mbps Data Link, Image Presentation & Storage Server, and iView - PSS's image exploitation software, it gives users a near realtime ability (up to 3 second delay) to view all events occuring in an areas up to 64 square kilometers.

To put this in perspective, think in terms of how much more efficient an emergency response to a major disaster would be if the entire extent of the damage could be seen in one, unifed view.  Critical, limited assets could be vectored to areas of need more efficiently, saving minutes or hours for victims needing critical attention.

**HawkEyeII can monitor multiple areas of interest simultaneously.**

WATCH HERE ...    AND HERE ...    AND HERE ...

Imagery from 5,800 ft AGL    Resolution < .5 meter

AND HERE ...

---

@kozai @RichardsonTX_PD @DallasPD @ArlingtonPD We would love to help in any way or services can be useful

@marafilms @Radiolab Media has covered it pretty extensively. Any major news will released by BPD or PSS

@tygera We would love to be apart of the wonderful work being done in our National Parks

@drivesupplement Currently, FAA regulation does not allow large drone use over populated areas. It's prohibitively... https://t.co/kej7d6nJQg

@SkycarDude We would love to have that conversation.

@Thejoby Privacy concerns are taken very seriously at PSS we have released our privacy policy on our website. Our o... https://t.co/8qWSFmmcRj

@burrben @elonmusk Thanks for the mention. We are always ready to help anywhere our services can be useful

For information on our technology and to find out what HawkeyeII can do for you check out our website https://t.co/zyzPzYrn1F

@d_p_collins We are a Wide Area Airborne Surveillance provider, we currently do not install or sell any CCTV's

@d_p_collins Not quite sure what you are referring to

@Marcham93 Drones are actually far more expensive and heavily restricted. It's not impossible for us to use but not as cost effective

@HaydenVernon Please DM a good email address and PSS personnel will be in touch

Check out some updates to the PSS website at https://t.co/8XRZ7czEes #WAAS #technology #HawkeyeII

RT @SpaceCowb0y: @PSSWAS wish you guys were in Phx right now helping the AZ DPS.

RT @SpaceCowb0y: @PSSWAS does @Arizona_DPS and @dougducey know about your technology? #drone #surveillance #stopCrime

RT @SpaceCowb0y: @abc15 check out @PSSWAS they have some incredible tech that could help solve #FreewayShootings quicker http://t.co/P58KzE...

@SpaceCowb0y Thanks for your support and spread the word. Word of mouth and community support is the first step to getting us in your town.

@SpaceCowb0y No worries and thank you. We aim to help and provide police the tools they need in difficult situations like these.

@SpaceCowb0y @Arizona_DPS @dougducey Actually we don't use drones we use manned aircraft. Check out our website http://t.co/C5KdND108N

@SpaceCowb0y We would love to help. We hope everyone is staying safe in that area. Feel free to Dm to talk further.

@MikeOnTraffic Thanks Mike! We are trying to be a big part of the traffic study world. Would love to talk further if you ever interested

@DaveReinsel Follow us for a DM

@DaveReinsel We could make that happen. I will DM my email

---

Home | About PSS | Sensors | More

© 2015-2016 Persistent Surveillance Systems

Share | Like 420 | Tweet

Follow