# Exhibit C

## Part 2 of 2

# Persistent Surveillance Systems

Information on Baltimore | Privacy Policy

Sensors | Services | PSS | Contact PSS | More

## Resolution

**HawkEye II** Wide Area Surveillance provides 1/2 meter resolution throughout its 64 square kilometer coverage area. That allows analysts to monitor vehicles and people anywhere within an area of interest.

[Previous] [Next]

Resolution matters. Without it, the value of a Wide Area Surveillancey system diminishes rapidly. With it, the ability to provide real-time support and enhance successful outcomes improves dramatically. HawkEye II has 1/2 meter resolution throughout its 64 square kilometer coverage area. This gives your team the ability monitor events on the ground wherever they are in the imagery.



Imagery from 5,800 ft AGL    Resolution < 0.5 meter

HawkEye II is intended to see expansive areas wtih resolutions that allow users to detect movements of people and vehicles. It does not provide the ability to detect gender, ethnicity, age, hair color, nor can it be used for facial recognition. This is an inherent limit to Wide Area Motion Imagery. If cameras get better - and they will - the same rseolution limits will remain in place, the change will be in the size of the coverage area.

### Twitter sidebar

@kozai @RichardsonTX_PD @DallasPD @ArlingtonPD We would love to help in any way or services can be useful

@marafilms @Radiolab Media has covered it pretty extensively. Any major news will released by BPD or PSS

@tygera We would love to be apart of the wonderful work being done in our National Parks

@drivesupplement Currently, FAA regulation does not allow large drone use over populated areas. It's prohibitively... https://t.co/kej7d6nJQg

@SkycarDude We would love to have that conversation.

@Thejoby Privacy concerns are taken very seriously at PSS we have released our privacy policy on our website. Our o... https://t.co/8qWSFmmcRj

@burrben @elonmusk Thanks for the mention. We are always ready to help anywhere our services can be useful

For information on our technology and to find out what HawkeyeII can do for you check out our website https://t.co/zyzPzYrn1F

@d_p_collins We are a Wide Area Airborne Surveillance provider, we currently do not install or sell any CCTV's

@d_p_collins Not quite sure what you are referring to

@Marcham93 Drones are actually far more expensive and heavily restricted. It's not impossible for us to use but not as cost effective

@HaydenVernon Please DM a good email address and PSS personnel will be in touch

Check out some updates to the PSS website at https://t.co/8XRZ7czEes #WAAS #technology #HawkeyeII

RT @SpaceCowb0y: @PSSWAS wish you guys were in Phx right now helping the AZ DPS.

RT @SpaceCowb0y: @PSSWAS does @Arizona_DPS and @dougducey know about your technology? #drone #surveillance #stopCrime

RT @SpaceCowb0y: @abc15 check out @PSSWAS they have some incredible tech that could help solve #FreewayShootings quicker http://t.co/P58KzE...

@SpaceCowb0y Thanks for your support and spread the word. Word of mouth and community support is the first step to getting us in your town.

@SpaceCowb0y No worries and thank you. We aim to help and provide police the tools they need in difficult situations like these.

@SpaceCowb0y @Arizona_DPS @dougducey Actually we don't use drones we use manned aircraft. Check out our website http://t.co/C5KdND108N

@SpaceCowb0y We would love to help. We hope everyone is staying safe in that area. Feel free to Dm to talk further.

@MikeOnTraffic Thanks Mike! We are trying to be a big part of the traffic study world. Would love to talk further if you are ever interested

@DaveReinsel Follow us for a DM

@DaveReinsel We could make that happen. I will DM my email

---

Home | About PSS | Sensors | More

© 2015-2016 Persistent Surveillance Systems

Share | Like 420 | Tweet

Follow