# Exhibit E



Persistent Surveillance Systems

Information on Baltimore | Privacy Policy

Sensors | Resources | Contact PSS | More

# NightHawk II  SWIR

NightHawk II provides affordable nighttime, wide area surveillance capability with persistent coverage of areas as large as 4 square kilometers.

## NightHawk II

The NightHawk II Wide Area Surveillance system integrates seemlessly with all HawkEye II components including Image Processor, Data Links, Image Presentation and Storage Server, and iView.

In its base form, NightHawk II provides coverage of 2 X 2 km with ground resolution of 1/2 meter thouhgout the image.

Images are processed in real-time with image stiching, geo and ortho rectification, and preparation for data communications transport to analysts on the ground.

## Multi-Spectral Capability

NightHawk II can be configured as a multi-spectral imager.   Users can opt for a system configured with EO, SWIR, and NIR capabilities.

Contact PSS



NightHawk II SWIR



The NightHawk / HawkEye family of  sensors bring a 24 hour monitoring capabilty to Wide Area Surveillance.

Analysts can easily switch from one sensor to another using the same tools and techniques.

### SWIR Sensor

- Capability for 100% duty cycle across entire illumination spectrum
- High sensitivity in 0.9 to 1.7um spectrum; NIR/SWIR, from 0.7 to 1.7um
- Partial moonlight to day time imaging
- All solid-state InGaAs imager
- On-board, real-time non-uniformity corrections
- Automatic Gain Control (AGC)
- Operation from -40 to +70 degrees C
- Tested to MIL-STD-810G fro functional shock, vibration, thermal shock, storage temperature, altitude, humidity

### Price

You'd be surprised.  Like HawkEye II, the base unit is competitively priced with camera balls.

What's better, is the base unit can be upgraded over time with out having to replace the entire unit.  That's great engineering!

SWIR IMAGE GALLERY

@kozai @RichardsonTX_PD @DallasPD @ArlingtonPD We would love to help in any way or services can be useful

@marafilms @Radiolab Media has covered it pretty extensively. Any major news will released by BPD or PSS

@tygera We would love to be apart of the wonderful work being done in our National Parks

@drivesupplement Currently, FAA regulation does not allow large drone use over populated areas. It's prohibitively… https://t.co/kej7d6nJQg

@SkycarDude We would love to have that conversation.

@Thejoby Privacy concerns are taken very seriously at PSS we have released our privacy policy on our website. Our o… https://t.co/8qWSFmmcRj

@burrben @elonmusk Thanks for the mention. We are always ready to help anywhere our services can be useful

For information on our technology and to find out what HawkeyeII can do for you check out our website https://t.co/zyzPzYrn1F

@d_p_collins We are a Wide Area Airborne Surveillance provider, we currently do not install or sell any CCTV's

@d_p_collins Not quite sure what you are referring to

@Marcham93 Drones are actually far more expensive and heavily restricted. It's not impossible for us to use but not as cost effective

@HaydenVernon Please DM a good email address and PSS personnel will be in touch

Check out some updates to the PSS website at https://t.co/8XRZ7czEes #WAAS #technology #HawkeyeII

RT @SpaceCowb0y: @PSSWAS wish you guys were in Phx right now helping the AZ DPS.

RT @SpaceCowb0y: @PSSWAS does @Arizona_DPS and @dougducey know about your technology? #drone #surveillance #stopCrime

RT @SpaceCowb0y: @abc15 check out @PSSWAS they have some incredible tech that could help solve #FreewayShootings quicker http://t.co/P58KzE…

@SpaceCowb0y Thanks for your support and spread the word. Word of mouth and community support is the first step to getting us in your town.

@SpaceCowb0y No worries and thank you. We aim to help and provide police the tools they need in difficult situations like these.

@SpaceCowb0y @Arizona_DPS @dougducey Actually we don't use drones we use manned aircraft. Check out our website http://t.co/C5KdND108N

@SpaceCowb0y We would love to help. We hope everyone is staying safe in that area. Feel free to Dm to talk further.

@MikeOnTraffic Thanks Mike! We are trying to be a big part of the traffic study world. Would love to talk further if you are ever interested

@DaveReinsel Follow us for a DM

@DaveReinsel We could make that happen. I will DM my email

