UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LEADERS OF A BEAUTIFUL STRUGGLE *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>BALTIMORE POLICE DEPARTMENT *et al.*,<br><br>　　　　*Defendants*. | Civil Action No. 20-929<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR A PRELIMINARY INJUNCTION**

Having considered Plaintiffs' Motion for a Temporary Restraining Order & a Preliminary Injunction, and for good cause shown, this Court GRANTS the motion and ORDERS as follows:

1. Plaintiffs' motion for a Preliminary Injunction is granted.

2. Defendants and their agents, employees, successors in office, and all others acting in active concert with them are enjoined from operating the Aerial Investigation Research ("AIR") program in Baltimore City, and are enjoined from collecting images through the program or accessing any stored images created by operation of such a surveillance, during the pendency of this lawsuit and until such time as the Court reaches a final disposition of this lawsuit.

This Order shall remain in full force and effect pending further proceedings in this Court.

IT IS SO ORDERED

Dated: April __, 2020　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　for the District of Maryland