IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEADERS OF A BEAUTIFUL STRUGGLE, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. RDB-20-0929 |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

Today, April 9, 2020, Plaintiffs Leaders of a Beautiful Struggle, Erricka Bridgeford, and Kevin James (collectively, "Plaintiffs") commenced this lawsuit against the Baltimore Police Department and Baltimore Police Commissioner Michael S. Harrison (collectively, "Defendants") alleging that the Defendants' Aerial Investigation Research ("AIR") program violates their rights under the First and Fourth Amendments to the United States Constitution. The Plaintiffs contemporaneously filed a Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 2), in which they seek an injunction prohibiting the Baltimore Police Department from collecting or accessing any images of Baltimoreans through the AIR program.

This Court promptly scheduled a telephone conference with counsel for the parties at 2:30 p.m. today to discuss a preliminary agreement between the parties and the scheduling of a Preliminary Injunction Hearing. Accordingly, it is HEREBY ORDERED this 9th day of April, 2020, that:

1. Pending a decision of this Court on the Plaintiffs' Motion for a Preliminary Injunction (ECF No. 2), Defendants and their agents, employees, successors, and all others acting in concert with them may undertake preparatory activities related to the AIR program that is the subject of this litigation, provided that no flights to collect, retain, or access any photographic imagery are permitted whatsoever.

2. The Defendants shall respond to Plaintiffs' Motion by Wednesday, April 15, 2020 at 4:00 p.m.;

3. The Plaintiffs shall file a reply by Friday, April 17, 2020 at 4:00 p.m.;

4. This Court will conduct a Preliminary Injunction Hearing on Tuesday, April 21, 2020 at 11:00 a.m.;

5. This Court shall issue a decision on the Plaintiffs' Motion (ECF No. 2) by Friday, April 24, 2020 at 5:00 p.m.;

6. The Clerk of Court shall transmit copies of this Memorandum Order to counsel.

\_\_\_\_/s/_____

Richard D. Bennett
United States District Judge