# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Leaders of a Beautiful Struggle, et al.            *
    **Plaintiff,**
                                        *

**v.**                                                                        **Case No.** RDB-20-0929
                                        *

Baltimore Police Department, et al.
    **Defendant.**                                        *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that <u>Baltimore Police Department</u>
                                                                        (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
                                                                                (name of party)

_____
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)


_____                    _____
(name of member)                                  (state of citizenship)


_____                    _____
(name of member)                                  (state of citizenship)


_____                    _____
(name of member)                                  (state of citizenship)


_____                    _____
(name of member)                                  (state of citizenship)


Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.


April 15, 2020                                    [signature]
Date                                              Signature

                                                  Elisabeth S. Walden (Bar No. 28684)
                                                  Printed name and bar number
                                                  100 N. Holliday Street, Suite 101
                                                  Baltimore, MD 21202
                                                  Address

                                                  lisa.walden@baltimorepolice.org
                                                  Email address

                                                  410.396.2496
                                                  Telephone number

                                                  410.396.2126
                                                  Fax number

2