## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Leaders of a Beautiful Struggle, et al.<br>**Plaintiff,** | * |
| | * |
| v. | *     Case No. RDB-20-0929 |
| | * |
| Baltimore Police Department, et al.<br>**Defendant.** | * |

### DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that __Police Commissioner Michael S. Harrison__
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

April 15, 2020
Date

Signature

Elisabeth S. Walden (Bar No. 28684)
Printed name and bar number
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
Address

lisa.walden@baltimorepolice.org
Email address

410.396.2496
Telephone number

410.396.2126
Fax number