# **EXHIBIT B**

| | |
|---|---|
| **Rev. Dr. Cleveland T. A. Mason, 2nd**<br>*President / CEO* | **Rev. Dr. Samuel Blow**<br>*Third Vice President / CFO* |
| **Rev. Domanic A. Smith**<br>*First Vice President / CAO* | **Mrs. Elizabeth Tedford-Miller**<br>*Acting Executive Secretary* |
| **Rev. Dr. Dean Jones-Evans**<br>*Second Vice President / COO* | **Rev. M. Jamal Foster**<br>*Treasurer* |



## The United Baptist Missionary Convention
### & AUXILIARIES OF THE STATE OF MARYLAND, INC.

2516 Edmondson Avenue ▪ Baltimore, Maryland 21223
Voice: 410.523.2950 ▪ Fax: 410.523.0258
Website: www.ubmcofmd.org

March 30, 2020

Commissioner Michael Harrison
Baltimore City Police Department
601 East Fayette Street
Baltimore, MD 21202

Dear Commissioner Harrison:

The United Baptist Missionary Convention & Auxiliaries of the State of Maryland, Inc. is comprised of more than 100 churches across the state. The communities surrounding many of our churches are impacted by violent crime that impedes the quality of life of our members and its residents. We are aware of the desire of the Baltimore City Police Department to become the first department in America to research the efficacy of aerial surveillance. Therefore, pending before the Board of Estimates is a request to adopt Aerial Investigative Research (AIR) promoted and funded by the Arnold Foundation. We, and the undersigned faith-based leaders, support the research and fact-finding test of AIR under the condition that Morgan State University has an independent research role in evaluating the program.

Sincerely,

*Dr. Cleveland A. Mason 2nd*

Dr. Cleveland T. A. Mason, 2nd
President

Imam Earl El-Amin
Bishop Dennis V. Proctor
Bishop James L. Carter
Dr. Alvin C. Hathaway, Sr.
Rev. Dr. Beryl Whipple
Rev. Dr. Harold A. Carter, Jr.
Rev. Dr. Terris King
Rev Dr Reginald Thomas
Rev. Duane Simmons

*"Rebuilding Community – Advancing the Kingdom of God"*
*– Isaiah 58*