IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEADERS OF A BEAUTIFUL STRUGGLE, *et al.*,

    Plaintiffs,

v.

BALTIMORE POLICE DEPARTMENT, *et al.*,

    Defendants.

Civil Action No. RDB-20-0929

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED this 24th day of April, 2020 that:

1. Plaintiffs' Motion for a Preliminary Injunction (ECF No. 2) is DENIED;

2. The AIR pilot program may PROCEED;

3. The Clerk of this Court shall transmit copies of this Order and accompanying Memorandum Opinion to counsel.

_____
Richard D. Bennett
United States District Judge