UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LEADERS OF A BEAUTIFUL STRUGGLE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BALTIMORE POLICE DEPARTMENT *et al.*, <br><br> *Defendants*. | No. 20-cv-929-RDB |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Plaintiffs in the above-captioned case, Leaders of a Beautiful Struggle, Erricka Bridgeford, and Kevin James, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Court's memorandum opinion and order, entered on April 24, 2020, denying Plaintiffs' motion for a preliminary injunction. *See* ECF Nos. 32–33.

1

April 24, 2020

Ashley Gorski[*]
Brett Max Kaufman[*]
Alexia Ramirez[*]
Nathan Freed Wessler[*]
Ben Wizner[*]
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: 212.549.2500
F: 212.549.2654
agorski@aclu.org
bkaufman@aclu.org
aramirez@aclu.org
nwessler@aclu.org
bwizner@aclu.org

[*] *pro hac vice*

Respectfully submitted,

/s/ *David R. Rocah*
David R. Rocah (Bar No. 27315)
American Civil Liberties Union Foundation of
  Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
T: 410.889.8555
F: 410.366.7838
rocah@aclu-md.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of April, 2020, I electronically filed the foregoing Plaintiffs' Notice of Appeal with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing.

/s/ *David R. Rocah*
David R. Rocah (Bar No. 27315)
American Civil Liberties Union Foundation
 of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
T: 410.889.8555
F: 410.366.7838
rocah@aclu-md.org