FILED: April 28, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1495
(1:20-cv-00929-RDB)

_____

LEADERS OF A BEAUTIFUL STRUGGLE; ERRICKA BRIDGEFORD; KEVIN JAMES

      Plaintiffs - Appellants

v.

BALTIMORE POLICE DEPARTMENT; MICHAEL S. HARRISON, in his official capacity as Baltimore Police Commissioner

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:20-cv-00929-RDB |
| Date notice of appeal filed in originating court: | 04/24/2020 |
| Appellant(s) | Leaders of a Beautiful Struggle, Erricka Bridgeford and Kevin James |
| Appellate Case Number | 20-1495 |
| Case Manager | Cathi Bennett<br>804-916-2702 |