IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEADERS OF A BEAUTIFUL STRUGGLE, *et al.*

    *Plaintiffs,*

  v.

BALTIMORE POLICE DEPARTMENT, *et al.*,

    *Defendants.*

Case No. RDB-20-0929

## ORDER

Upon consideration of Defendants' Motion to Dismiss and any opposition thereto, it is this _____ day of _____, 2020:

**ORDERED** that Defendants' motion is hereby **GRANTED**; and it is further

**ORDERED** that the Complaint be and hereby is **DISMISSED** with prejudice and without leave to amend.

_____
Judge, U.S. District Court for the District of Maryland