UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LEADERS OF A BEAUTIFUL STRUGGLE *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>BALTIMORE POLICE DEPARTMENT *et al.*,<br><br>   *Defendants*. | No. 20-cv-929-RDB |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

  Pursuant to Local Rule 101.2.a, I, Alexia Ramirez, of the American Civil Liberties Union Foundation, move to withdraw my appearance as counsel of record for all Plaintiffs in the above-captioned matter. September 3, 2020 is my last day as an attorney with the American Civil Liberties Union Foundation. Plaintiffs will continue to be represented by counsel of record from the American Civil Liberties Union Foundation and the American Civil Liberties Union Foundation of Maryland.

September 3, 2020

/s/ *David R. Rocah*
David R. Rocah (Bar No. 27315)
American Civil Liberties Union
 Foundation of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
T: 410.889.8555
F: 410.366.7838
rocah@aclu-md.org

Respectfully submitted,

/s/ *Alexia Ramirez*
(signed by David Rocah with
permission of Alexia Ramirez)
Alexia Ramirez
American Civil Liberties Union
 Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: 212.549.2500
F: 212.549.2654
aramirez@aclu.org