## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LEADERS OF A BEAUTIFUL STRUGGLE**, *et al.*, | * |
| **Plaintiffs,** | * |
| **v.** | * |
| | *    Civil No.: RDB-20-0929 |
| **BALTIMORE POLICE** | * |
| **DEPARTMENT**, *et al.*, | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STATUS REPORT

Plaintiffs Leaders of a Beautiful Struggle, Erricka Bridgeford, and Kevin James, together with Defendants, Baltimore Police Department and Baltimore Police Commissioner Michael S. Harrison, jointly submit this status report in accordance with the Court's Order (ECF 61) and state as follows:

1.      Plaintiffs filed their Complaint for Declaratory and Injunctive Relief on April 9, 2020. ECF No. 1.

2.      The Parties have reached an agreement in this case and have finalized and signed a Settlement Agreement.

3.      Counsel for Defendants has caused the Settlement Agreement to be submitted to the Board of Estimates. Although counsel for Defendants has not yet been informed of a date certain, counsel expects that the matter will be included on the Board of Estimates' agenda in the next few weeks.

4.      Assuming that the Board of Estimates approves the Settlement Agreement, all issues will be resolved and the Parties will file with the Court a joint motion for dismissal and proposed orders in accordance with the terms of the Settlement Agreement.

5.    The Parties are available to provide any additional information the Court may

require at the Court's convenience.

Dated: December 17, 2021

Respectfully submitted,

James L. Shea
CITY SOLICITOR
_____ /s/ _____
Elisabeth S. Walden (28684)
Chief, Police Legal Affairs
Kara K. Lynch (29351)
Chief Solicitor
Baltimore City Law
Department
100 N. Holliday Street, Room
101
Baltimore, Maryland 21202
Telephone: (410) 396-2496
Facsimile: (410) 396-2126
E-mail:
kara.lynch@baltimorepolice.org
lisa.walden@baltimorepolice.org

*Attorneys for Defendants*


*/s/ David R. Rocah*
David R. Rocah (Bar No. 27315)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF MARYLAND
3600 Clipper Mill Rd., #350
Baltimore, MD 21211
Phone: (410) 889-8555
Fax: (410) 366-7838
rocah@aclu-md.org

*/s/ Ashley Gorski*
Ashley Gorski (pro hac vice)
*(signed by Ashley Gorski with permission of*
  *David R. Rocah)*
Brett Max Kaufman (pro hac vice)
Nathan Freed Wessler (pro hac vice)
Ben Wizner (pro hac vice)

AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
agorski@aclu.org
bkaufman@aclu.org
nwessler@aclu.org
bwizner@aclu.org

*Attorneys for Plaintiffs*