## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| LEADERS OF A BEAUTIFUL STRUGGLE *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>BALTIMORE POLICE DEPARTMENT *et al.*,<br><br>  *Defendants*. | No. 20-cv-929-RDB |

## ORDER FOR EXPUNGEMENT OF RECORDS

It is this _____ day of _____, 2022, upon request of all parties and pursuant to the Settlement Agreement entered between the parties in this case, hereby ORDERED:

The Baltimore Police Department shall expunge from its records all data generated by the operation of the Aerial Investigation Research pilot program ("AIR program"), and direct Persistent Surveillance Systems, LLC, to do the same.

This Order shall become effective only after every criminal prosecution which relies upon information or evidence obtained or derived from the AIR program is final, and the direct appeal of all such prosecutions has been exhausted or rendered untimely. Information or evidence is "derived" from the AIR program when the government would not have originally possessed the information or evidence but for the AIR program, regardless of any claim that the information or evidence is attenuated from the AIR program, would inevitably have been discovered, or was subsequently reobtained through other means.

_____
UNITED STATES DISTRICT JUDGE